# Exhibit 8

# U.S. Patent No. 8,639,935 ("'935 Patent")

Accused Instrumentalities: Google's cellular networks, servers, and services made, used, offered for sale, sold, and/or imported by Google in the United States such as Google's mobile virtual network operator (MVNO) Google Fi, Google's eSIM-enabled devices (including mobile phones, tablets, wearables, laptops, IoT devices, M2M devices, and vehicle infotainment systems) and/or eSIM enabled devices (including mobile phones, tablets, wearables, laptops, IoT devices, M2M devices, and vehicle infotainment systems) that are compatible with Google Fi. On information and belief, these devices comply with the relevant sections of the GSMA eSIM standards—SGP.21/SGP.22 (Consumer), SGP.31/SGP.32 (IoT), SGP.01/SGP.02 (M2M)—including those discussed below. *See, e.g.*, https://cloud.google.com/security/compliance/gsma ("The GSMA's Security Accreditation Scheme for Subscription Management (SAS-SM) ensures industry confidence in the security of cloud-hosted eSIM platforms. … Google Cloud is certified by the GSMA under SAS-SM to provide Data Center Operations and Management (DCOM) services across all Google Cloud regions."); https://semiconductor.samsung.com/us/security-solution/ese-esim/ ("Built to comply with the latest GSMA and GP specifications, Samsung's diverse portfolio of eSIM solutions offers users the freedom to use their smart devices as they wish."); https://research.samsung.com/blog/eSIM-and-the-Latest-eSIM-V3-0-Release ("GSMA ... has more than 1,100+ member companies and provides industry-wide standards including eSIM."); https://support.apple.com/guide/deployment/prepare-to-use-esims-with-apple-devices-dep36c581d6x/web ("eSIMs are exceptionally secure and tamper resistant. They can't be cloned or modified, and they're designed to operate only on a specific device. By design, the GSMA eSIM specification SGP.21 restricts eSIM profiles from being exported from one eUICC to another."). Citation to disclosures in one standard (e.g., SGP.21/SGP.22) includes corresponding disclosures in other standards (e.g., SGP.31/SGP.32).

| Issued Claim(s) | Public Documentation |
|---|---|
| 1[pre] A method performed by a network system, the method comprising: | To the extent the preamble is found to be limiting, the Accused Instrumentalities comprise a network system that performs steps 1[a]-1[e] below. *See also, e.g.*:<br><br>https://fi.google.com/about ("Stay connected with ultra-reliable 5G coverage and industry-leading security, plus plenty of perks at no extra cost. It's Google innovation in your phone plan.").<br><br>https://developers.google.com/iot ("Google's Internet of Things (IoT) solutions make it easy to build connected devices. We can help you create secure, innovative connected products through integration with Google services and technologies."). |
| 1[a] establishing, in cooperation with an end-user device communicatively coupled to the network system over a set of one or more wireless access networks, a service control link between the | The Accused Instrumentalities establish, in cooperation with an end-user device communicatively coupled to the network system over a set of one or more wireless access networks, a service control link between the network system and the end-user device, the service control link secured at least in part by at least one security protocol, the service control link for supporting control-plane communications between the network system and the end-user device, |

| | |
|---|---|
| network system and the end-user device, the service control link secured at least in part by at least one security protocol, the service control link for supporting control-plane communications between the network system and the end-user device, the end-user device comprising two or more device agents, the two or more device agents including a particular device agent; | the end-user device comprising two or more device agents, the two or more device agents including a particular device agent. *See, e.g.*:<br><br>https://support.google.com/pixelphone/answer/16115741?hl=en&ref_topic=16143593&sjid=10836332427138828155-NC: ("You can use an eSIM, or embedded SIM, to active your cellular network. An eSIM is a digital SIM, unlike a physical SIM card that's inserted into your phone.").<br><br>*See also, e.g.*, https://support.google.com/pixelphone/answer/14853135?hl=en; https://support.google.com/googlepixelwatch/answer/13541778?hl=en; https://support.google.com/chromebook/answer/10963534?hl=en; https://support.google.com/fi/answer/13390949?hl=en&co=GENIE.Platform%3DAndroid&oco=1; https://support.google.com/fi/answer/13390949?hl=en&co=GENIE.Platform%3DiOS<br><br><br><br>**Figure 4: Example Connection Methods for Companion Devices to reach out to the SM-DP+**<br>SGP.21 |

| | |
|---|---|
| | **4.2.6 SM-DP+ – eUICC (ES8+)**<br>The ES8+ interface provides a secure end-to-end channel between the SM-DP+ and the eUICC for the administration of the ISD-P and the associated Profile during download and installation.<br>SGP.21; *see also* SGP.31 (“The IPA establishes a secure connection with the SM-DP+”; “The Bound Profile Package is downloaded to the eUICC through the IPA using the secure connection with SM-DP+”); SGP.01 (“The SM-SR is the only entity allowed to establish a secure and authenticated transport channel to the eUICC to manage the eUICC platform.”). |



**Figure 10: Common Mutual Authentication Procedure**

SGP.22

**3.2.2 Common Mutual Authentication**

This procedure is identical to Common Mutual Authentication Procedure defined in section 3.1.2 of SGP.22 [4]. It defines the mutual authentication procedure between the eUICC and the RSP Server.

SGP.32

LPA functions are provided by the Device.

**Figure 10: LPA in the Device**

SGP.21

| | |
|---|---|
| | **2.4.1 eUICC Overview**<br>This section describes the internal high-level architecture of the eUICC. It should be noted that the eUICC architecture is very similar to that used in the GSMA Remote SIM Provisioning of Embedded UICC Technical specification [2]. Operator Profiles are stored inside Security Domains within the eUICC and are implemented using GlobalPlatform standards. These ensure that it is impossible for any Profile to access the applications or data of any other Profile stored on the eUICC. The same mechanism is currently in use within SIM cards to ensure payment applications are kept secure.<br><br><br>**Figure 3: Schematic Representation of the eUICC**<br>SGP.22 |
| 1[b] receiving a server message from a particular server of a plurality of servers communicatively coupled to the network system, the server message comprising a message payload, at least a portion of the message payload for delivery to the end-user device; | The Accused Instrumentalities receive a server message from a particular server of a plurality of servers communicatively coupled to the network system, the server message comprising a message payload, at least a portion of the message payload for delivery to the end-user device." *See, e.g.*: |



**Figure 38: Trusted Link with LPA in the Device**

SGP.22



**Figure 1: Remote SIM Provisioning System Architecture**

SGP.22 ("The ES2+ interface is used by the Operator to order the Profile Package preparation for specific eUICC(s) and the delivery of the Profile Package from the SM-DP+")

| | |
|---|---|
| | <br><br>**Figure 9: Profile Download Initiation**<br>SGP.22 |
| 1[c] generating an encrypted message comprising the at least a portion of the message payload and an identifier identifying the particular device agent, the identifier configured to assist in delivering the at least a portion of the message payload to the particular device agent, the identifier distinguishing the particular device agent from all other device agents of the two or more device agents; and | The Accused Instrumentalities generate an encrypted message comprising the at least a portion of the message payload and an identifier identifying the particular device agent, the identifier configured to assist in delivering the at least a portion of the message payload to the particular device agent, the identifier distinguishing the particular device agent from all other device agents of the two or more device agents. *See, e.g.*: |



**Figure 1: Remote SIM Provisioning System Architecture**



**Figure 36: Certificate Exchange with LPA in the Device**

SGP.22

**Figure 4: Profile Package stage Description**

SGP.22

| | |
|---|---|
| | **2.5.2 Unprotected Profile Package**<br><br>The Unprotected Profile Package (UPP) is generated by the SM-DP+, within the Profile Package Generation function. The Profile Package Generation takes as input the profile specification established with the Operator and input data provided by the Operator. The processes of profile specification and input data acquisition are out of scope of this specification.<br><br>The Unprotected Profile Package consists of a sequence of Profile Element (PE) TLVs according to the SIMalliance specification [5].<br><br>SGP.22<br><br>**2.5.4 Bound Profile Package**<br><br>The Bound Profile Package (BPP) is generated by the SM-DP+, within the Profile Package Binding function. The purpose of this operation is to link a Protected Profile Package to a particular eUICC. This is done within a key agreement between the eUICC and the SM-DP+. See download and installation procedure (section 3.1.3).<br><br>The BPP comprises a sequence of TLV commands (in this order):<br><br>• TLV command for Key agreement in clear.<br>• Set of SCP03t payload TLVs (tag '87') containing TLV commands for ConfigureISDP<br>• Set of SCP03t payload TLVs (tag '88') containing TLV command for StoreMetadata<br>• Set of optional SCP03t payload TLVs (tag '87') containing TLV command for 'Profile Protection Keys'<br>• Followed by the SCP03t payload TLVs (tag '86') of the PPP<br><br>SGP.22 |

<table>
<tr>
<td></td>
<td>

**4.4 Profile Metadata**

During the Profile download and installation procedure, Profile Metadata needs to be provided to the LPAd for display and to the eUICC. Profile Metadata is generated by the SM-DP+ in plain text to be readable by the LPA. Profile Metadata is also contained protected in BPP to be loaded into the eUICC, so that the LPA will be able to access the same information any time after the Profile has been successfully loaded into the eUICC, using the "ES10c.GetProfilesInfo" function.

Profile Metadata values, like any other Profile data, are under the responsibility of, and defined by, the Profile owner. Profile Metadata is communicated to the SM-DP+ by means which are out of scope of this specification.

Profile Metadata includes:

- ICCID of the Profile
- Profile Name (corresponds to "Short description" in SGP.21 [4]) as a plain text information: content free information defined by the Operator/Service Provider
- Operator/Service Provider name, as a plain text information: content free information defined by the Service Provider (e.g. 'Orange', 'AT&T'…)
- End User's Profile Nickname
- Icon

SGP.22
</td>
</tr>
<tr>
<td>1[d] sending the encrypted message to the end-user device over the service control link,</td>
<td>The Accused Instrumentalities send the encrypted message to the end-user device over the service control link. See, e.g.:</td>
</tr>
</table>

**Figure 13: Sub-procedure Profile Download and Installation – Download Confirmation**

SGP.22



**Figure 10 Indirect Profile Download and Installation**

| | SGP.32 |
|---|---|
| 1[e] wherein establishing the service control link between the network system and the end-user device comprises executing a link initialization sequence, the link initialization sequence associating the service control link with a credential associated with the end-user device. | The Accused Instrumentalities, when establishing the service control link between the network system and the end-user device, execute a link initialization sequence, the link initialization sequence associating the service control link with a credential associated with the end-user device. *See, e.g.*:<br><br>**Figure 36: Certificate Exchange with LPA in the Device**<br><br>SGP.22 |

| | |
|---|---|
| | **5.5.1 Function: InitialiseSecureChannel**<br><br>**Related Procedures:** Profile Download and Installation<br><br>**Function Provider Entity:** ISD-R<br><br>**Description:**<br><br>This function is used by the SM-DP+ to open a new RSP session with the target eUICC. The function carries the identifier of the remote operation type to be performed by the eUICC (e.g. installation of a new Bound Profile Package) and the necessary material for key agreement with Perfect Forward Secrecy (PFS), allowing a secure end-to-end communication between the SM-DP+ and the eUICC:<br><br>• Transaction ID<br>• Description of the keys to generate<br>• One-time public key for key agreement generated by SM-DP+ (otPK.DP.ECKA)<br>• Signature upon material (including the previously generated otPK.EUICC.ECKA, also acting as an eUICC challenge) to ensure its integrity and authenticity.<br><br>***<br><br>On reception of this command the eUICC SHALL:<br><br>• Verify the SM-DP+ signature using the PK.DPbp.ECDSA; if the signature is invalid the command SHALL be rejected, an error SHALL be returned, Profile installation SHALL be aborted, and any contextual data associated to its Profile installation (like the SM-DP+ certificate) SHALL be discarded.<br>• Verify that the requested Remote operation type is one of the defined types.<br>• Verify that the received transaction ID matches the transaction ID of the on-going RSP session (section 5.7.5 "ES10b.PrepareDownload" function).<br>• Verify that Control Reference Template describing the keys to generate matches the values defined here under (Command message part).<br><br>SGP.22 |